IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00119 |
| | ) | Judge Trauger |
| | ) | |
| MARK METZ | ) | |

**O R D E R**

It is hereby **ORDERED** that the trial scheduled for January 15, 2013 is **CONTINUED**, to be reset, if appropriate, following the suppression hearing scheduled for January 16, 2013 at 1:00 p.m.

It is so **ORDERED**.

ENTER this 8th day of January 2013.

_____
ALETA A. TRAUGER
U.S. District Judge